

IN THE
TENTH COURT OF APPEALS

_____

No. 10-09-00235-CV

IN RE CAROLYN WAITES

_____

Original Proceeding

---

## MEMORANDUM  OPINION

---

The petition for writ of mandamus is denied, and this Court's July 24, 2009 stay order is lifted.

REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Reyna, and
     Justice Davis
Petition denied
Opinion delivered and filed January 6, 2010
[OT06]